UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADORA GARCIA, | ) Case No. C04-2098-JPD |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING PLAINTIFF'S |
| | ) REQUEST FOR ATTORNEY'S FEES |
| JO ANNE B. BARNHART, | ) |
| *Commissioner of Social Security,* | ) |
| Defendants. | ) |

Pursuant to a stipulation by the parties, the Court ordered that this case be remanded for further administrative proceedings. Dkt. Nos. 19, 20. Plaintiff then filed a motion requesting $4,263.38 in attorney's fees and $168.60 in costs, for a total amount of $4,431.98. Dkt. No. 21. Defendant does not oppose the motion. Dkt. No. 23. Having carefully reviewed the motion and the record, the Court ORDERS as follows:

Plaintiff's motion for attorney's fees, Dkt. No. 21, is GRANTED. Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff's counsel is awarded attorney's fees in the amount of $4,263.38 and costs in the amount of $168.60.

DATED this 7th day of June 2005.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge