# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

ADORA GARCIA

vs.                                        JUDGMENT IN A CIVIL CASE

JO ANNE B. BARNHART, Commissioner

C04-2098 JPD

☐     **JURY VERDICT:**  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

X     **DECISION by the COURT:** This action came under consideration before the Court. The issues have been considered  and a decision has been rendered.

*IT IS ORDERED AND ADJUDGED*

Plaintiff's counsel is awarded attorney's fees in the amount of $4,263.38 and costs in the amount of $168.60.

June 10, 2005                                        Bruce Rifkin
                                                     Clerk of Court


                                                     /s/ Peter H. Voelker
                                                     Deputy Clerk


*Judgment in a Civil Case*